UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA | NOTICE |
| vs. | 3:22 CR 0003 |
| JONATHAN BENNETT CAPECE, II, | |
| Defendant. | |

TAKE NOTICE that at the direction of Judge Dudley H. Bowen, Jr. a proceeding has been set for the date, place and time set forth below:

**DATE AND TIME:**  Monday, February 27, 2023 at 9:00 AM

Any requests for continuance or rescheduling should be submitted in the form of a motion and filed with the Clerk of Court.

**PLACE:** FEDERAL JUSTICE CENTER  
U. S. DISTRICT COURTHOUSE  
600 JAMES BROWN BOULEVARD  
COURTROOM 2  
AUGUSTA, GEORGIA 30901

**NOTE:** ENTER THE CAMPUS at 9TH STREET GUARDHOUSE

PLEASE ALLOW EXTRA ARRIVAL TIME TO CLEAR SECURITY AT THE DOOR, AND BE PREPARED TO PRODUCE PERSONAL IDENTIFICATION AT THE SECURITY DESK WHEN ENTERING THE BUILDING. CELL PHONES AND PAGERS ARE NOT PERMITTED. All Pretrial Motions, Proposed Voir Dire questions and Requests to Charge are to be filed by FEBRUARY 21, 2023, unless otherwise instructed by the court. FOUR (4) copies of typed exhibit and witness lists are to be provided to the courtroom deputy clerk prior to jury selection. One copy to be provided to opposing counsel.

**TYPE OF PROCEEDING:**  JURY SELECTION AND TRIAL ASSIGNMENT

Date:  January 18, 2023

I hereby certify that the foregoing notice was served on the date of issuance upon each party electronically.
JOHN TRIPLETT, CLERK OF COURT

JEANNE M. HYDER, Courtroom Deputy Clerk
706-849-4403